David Abrams, Attorney at Law
305 Broadway Suite 601
New York, New York 10007
Tel. 212-897-5821 Fax 212-897-5811

United States District Court
Eastern District of New York
_____
                                                 )

Ryan Rivera,                           )

                Plaintiff,     )

        - against -        )    No. 16 cv 6301 (KAM) (ST)

Limassol Grocery, Corp. a/k/a Gyro Corner, )

                Defendant.   )
_____)

**Notice of Motion**

PLEASE TAKE NOTICE that on the within Affirmation of David Abrams; Affirmation of Ryan Rivera; Memorandum of Law in Support of Motion for Default Judgment, and all prior proceedings herein, at a date and time to be determined by the Court, before the Honorable Kiyo A. Matsumoto, United States District Court, Eastern District of New York, 225 Cadman Plaza East, Brooklyn, New York 11201, Plaintiff will move for default judgment pursuant to Rule 37 of the Federal Rules of Civil Procedure.

                                                                               _____

Dated: November 27, 2017
New York, New York